■ In the Matter of GRANT SPRINGER, Appellant, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents. [993 NYS2d 500]—Judgment, Supreme Court, New York County (Eileen A. Rakower, J.), entered April 9, 2013, denying the petition and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed.

There is no question that petitioner failed to comply with the New York City Department of Education Chancellor's Regulation Nos. C-205 (28) and (29), which govern withdrawal of a

resignation and restoration to tenure.\* Hence, when petitioner was rehired by a principal, his tenure was not ipso facto restored. We reject petitioner's contention that his tenure was constructively restored by his rehiring. Accordingly, we affirm the order dismissing the petition. Concur—Tom, J.P., Friedman, Feinman, Gische and Kapnick, JJ.

\* We note that neither side has explained why petitioner could not still be restored to tenure if he followed the procedures of the chancellor's regulations.